*Note:* Pursuant to direction from the Supreme Court opinions will not be published in the following three (3) habeas corpus cases. Rule 32 (k), Supreme Court Rules.

## 32280. STROZIER v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 25, 1977.

Eddie James Strozier, *pro se.*
*Arthur K. Bolton, Attorney General, John W. Dunsmore, Jr., Assistant Attorney General,* for appellee.

## 32147. GRIER v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Ingram, J., who concurs in the judgment only.*

DECIDED JUNE 21, 1977.

Jerry Grier, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 32703. BROOKS v. HOPPER.

The judgment of the superior court is reversed and remanded for further proceedings.

*Judgment reversed. All the Justices concur.*